# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOHN DOE, a pseudonym,<br><br>   Plaintiff,<br> -vs-<br><br>GUTTERIDGE JEANCHARLES, M.D., P.A., a Florida Corporation, and GUTTERIDGE JEAN-CHARLES, M.D., an individual,<br><br>   Defendants. | CASE NO.: 6:24-cv-00034 |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the above-captioned case IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

DATED: January 05, 2024

*/s/ Lisa D. Haba*
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

*Attorney for Plaintiff*