# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN DOE,**
        **Plaintiff,**

**v.**                                            **Case No. 6:24-cv-34-ACC-RMN**
**GUTTERIDGE JEANCHARLES,**
**M.D., P.A. and GUTTERIDGE**
**JEAN-CHARLES,**
        **Defendants.**
_____

## ORDER

The Clerk is directed to REASSIGN this case to another active District Judge in this division.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 8, 2024.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Division Manager