# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE, a pseudonym,

        Plaintiff,

  -vs-

GUTTERIDGE JEANCHARLES, M.D., P.A., a Florida Corporation, and GUTTERIDGE JEAN-CHARLES, M.D., an individual,

        Defendants.

CASE NO.: 6:24-cv-00034-WWB-RMN

**DECLARATION OF PLAINTIFF IN SUPPORT OF
<u>MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY</u>**

I, <u>[John Doe]</u>, declare as follows:

    1.    I am the Plaintiff in this case.

    2.    I am over 18 years of age and I have personal knowledge of the facts set forth in this declaration and, if called on to do so, could and would testify competently to the same.

***Immigration & Job Application:***

    3.    I entered the United States on a J-1 Exchange Visitor Visa for the purpose of attending a U.S. medical residency program. During my time in the U.S. I lost status and accumulated unlawful presence. Through my wife, I was able to apply for a visa waiver and work authorization to accompany my application to adjust my status and become a permanent resident.

    4.    In March of 2022, I had applied for, but had not yet received work authorization.

2

5. Nonetheless, I needed income in order to survive and to support my fiancé.

6. In order to obtain income and continue to pursue my dream of becoming a practicing physician, I applied for and accepted a job with JC Medical Center.

**Billing at JC Medical Center:**

7. Once I began working for JC Medical Center, one of the many duties I was assigned was to work on billing the patients that received care.

8. JC Medical Center accepted private insurance, or patients would pay out of pocket if they were uninsured.

9. If a patient saw me for their office visit, they were still billed at the rate associated with Dr. Jean-Charles, the licensed physician.

**Fear of Humiliation and Retaliation:**

10. To the best of my knowledge, Dr. Jean-Charles is still a physician operating in Central Florida and the medical community.  To the best of my knowledge, JC Medical Center is still operating as a medical practice in Florida.

11. I have not yet been able to "match" a residency program and intend to apply again this year.

12. It is my understanding that Dr. Jean-Charles' name and reputation carry great weight in the medical community.

13. It is my understanding that when Dr. Jean-Charles provides someone a recommendation letter for their residency application, his letter outlines the student's knowledge, experience, and growth, and provides what is needed to successfully "match" a residency program.  I saw this letter as extremely valuable.

14. Once I was working for JC Medical Center, I realized that Dr. Jean-Charles was giving me experience, as I was assigned to see patients, but he did not teach.  Rather, when mistakes were made, he berated me and humiliated me

in front of others. Occasionally he would provide praise. This polarizing temperament caused me to be fearful of incurring his anger and the resulting humiliation. I also craved his praise so that I could earn the recommendation letter.

15. Dr. Jean-Charles became angry when I did not immediately do what he wanted or accept his promises at face value. In order to keep me working in his medical practice, Dr. Jean-Charles continually promised that he would pay me, would make me successful, and would give me the recommendation letter to "match" a residency program. To further the ruse, he offered me a salaried job with a three-year contract. When I did not immediately accept and questioned that he had not paid me for the current job, he retaliated by cancelling the job offer.

16. When my family member contacted Dr. Jean-Charles and accused him of labor trafficking me, Dr. Jean-Charles told me that he did not know that I did not have work authorization when he hired me. We both knew this was a lie. He also attempted to buy my silence and referred to the conversation with my family member as "dangerous stuff."

17. Based on my experiences with Dr. Jean-Charles, I am fearful that this lawsuit will cause him to worry about being exposed. In order to protect himself, I am fearful that he will retaliate against me by harming my reputation and making me unemployable in an extremely competitive market.

I declare under penalty of perjury under the laws of the State of Florida, that the foregoing is true and correct. Executed this 19th day of January, 2024, in Florida.

[*/s/ John Doe*]_____
[John Doe]