## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:24-CV-00034-WWB-RMN

**Plaintiff:** **JOHN DOE, a pseudonym**
vs.
**Defendant:** **GUTTERIDGE JEANCHARLES, M.D., P.A., a Florida Corporation, and GUTTERIDGE JEAN- CHARLES, M.D., an individual**

LLP2024000330

For:
Lisa Haba
The Haba Law Firm, P.A.
1220 Commerce Park Drive
Suite 207
Longwood, FL 32779

Received by L & L Process, LLC. on the 29th day of January, 2024 at 5:16 pm to be served on **GUTTERIDGE JEANCHARLES, M.D., P.A. JC MEDICAL CENTER, 453 N KIRKMAN RD, STE 203, ORLANDO, FL 32811**.

I, Sam Staton, being duly sworn, depose and say that on the **20th day of February, 2024** at **3:40 pm, I:**

**CORPORATE:** Served **GUTTERIDGE JEANCHARLES, M.D., P.A.** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, NOTICE OF PENDENCY OF OTHER ACTIONS, JURY TRIAL DEMANDED, CIVIL COVER SHEET, PLAINTIFF'S DESIGNATION OF LEAD COUNSEL, PLAINTIFF'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY, PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL, ORDER, AMENDED DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03, AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **JEANCHARLES GUTTERIDGE, M.D.** as **REGISTERED AGENT** for **GUTTERIDGE JEANCHARLES, M.D., P.A.**, at the address of: **1781 PARK CENTER DR, STE 120, ORLANDO, FL 32835**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
**453 N KIRKMAN RD STE 203, ORLANDO, FL 32811**
01/31/2024  10:26 am  I was intercepted in the parking lot by someone who works for this doctor handing out their new address: 1781 Park Center Dr. Suite 120, Orlando FL 32835

**1781 PARK CENTER DR STE 120, ORLANDO, FL 32835**
02/20/2024  03:40 pm  Service effected at this address.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: Black, Height: 6'0", Weight: 180, Hair: Gray, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server or Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. No notary is required pursuant to Florida State Statute 92.525(2).

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [_] online notarization, on the the 22nd day of February, 2024, by the affiant who is personally known to me.

NOTARY PUBLIC



REGINA MOORE
Commission # HH 092423
Expires February 21, 2025
Bonded Thru Budget Notary Services

Sam Staton
CPS# 482

L & L Process, LLC.
13876 SW 56 Street
Ste 200
Miami, FL 33175
(305) 772-8804

Our Job Serial Number: LLP-2024000330
Ref: REV

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Case 6:24-cv-00034-WWB-RMN   Document 8   Filed 01/08/24   Page 1 of 4 PageID 46

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

JOHN DOE, a pseudonym,

*Plaintiff(s)*

v.  Civil Action No. 6:24-cv-34-WWB-RMN

GUTTERIDGE JEANCHARLES, M.D., P.A., a Florida Corporation, and GUTTERIDGE JEAN-CHARLES, M.D., an individual,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GUTTERIDGE JEANCHARLES, M.D., P.A.
JC Medical Center
453 N. Kirkman Rd., Ste 203
ORLANDO, FL 32811

Date: 2/20/24
Time: 3:40 PM
Initials: [signature] # 482

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Lisa D. Haba
    The Haba Law Firm, P.A.
    1220 Commerce Park Drive, Suite 207
    Longwood, FL 32779

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Lisa Silvia

Date: January 8, 2024

*Signature of Clerk or Deputy Clerk*