## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOHN DOE, a pseudonym,

          Plaintiff,

  -vs-

GUTTERIDGE JEANCHARLES, M.D.,
P.A., a Florida Corporation, and
GUTTERIDGE JEAN-CHARLES,
M.D., an individual,

          Defendants.

CASE NO.: 6:24-cv-00034-WWB-RMN

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the Plaintiff in the above-named action, JOHN DOE, appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Order Denying Plaintiff's Motion to Proceed Anonymously (Doc. No. 15) dated February 20, 2024. This Order is final under 28 U.S.C. § 1291 pursuant to the collateral order doctrine. *See Southern Methodist University Ass'n v. Wynne & Jaffe*, 599 F.2d 707 (5th Cir. 1979); accord *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541 (1949).

DATED this 5th day of March, 2024, and respectfully submitted by:

*/s/ Lisa D. Haba*
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Drive, Suite 207
Longwood, Florida 32779
Tel.:  844-422-2529
lisahaba@habalaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF electronic filing system, and mailed to Defendants, Gutteridge JeanCharles M.D., P.A. and Gutteridge Jean-Charles, M.D. at 1781 Park Center Drive, Ste. 120, Orlando, FL 32835.

*/s/ Lisa D. Haba*
Lisa D. Haba, Esq.