**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE, a pseudonym,

    Plaintiff,

vs.                                  CASE NO.:   6:24-cv-00034-WWB-RMN

GUTTERIDGE JEANCHARLES, M.D., P.A.,
a Florida Corporation, and
GUTTERIDGE JEAN-CHARLES, M.D.,
an individual,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF APPEARANCE

## AND DESIGNATION OF LEAD COUNSEL

**COMES NOW** the undersigned law firm and files this Notice of Appearance as counsel of record for Defendants Gutteridge JeanCharles, M.D., P.A., and Gutteridge Jean-Charles, M.D., in the above styled proceedings, having been retained for this purpose. Defendants waive no defenses or objections by making this filing.

Defendants Gutteridge JeanCharles, M.D., P.A., and Gutteridge Jean-Charles, M.D., by and through undersigned counsel, pursuant to Local Rule 2.02(a) hereby designate attorney, George F. Indest III, as lead counsel for Defendants.

The undersigned request that all pleadings and papers in this matter be served on counsel for Defendants Gutteridge JeanCharles, M.D., P.A., and Gutteridge Jean-Charles, M.D., at the following address:

        **GEORGE F. INDEST III, ESQUIRE**
        **LEAD COUNSEL/TRIAL COUNSEL/**
        **COUNSEL TO BE NOTICED**
        Certified by The Florida Bar in Health Law

Florida Bar No.:  382426
Primary E-mail:  GIndest@TheHealthLawFirm.com
**MICHAEL L. SMITH, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Certified by The Florida Bar in Health Law
Florida Bar No.:  0144487
Primary E-mail:  MSmith@TheHealthLawFirm.com
**AMANDA I. FORBES, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Florida Bar No.:  1015844
Primary E-mail:  AForbes@TheHealthLawFirm.com
**CASTILLANA F. DUVERNAY, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Florida Bar No.:  1049635
Primary E-mail:  CDuvernay@TheHealthLawFirm.com
Secondary E-mail:  Court filings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Ste. 1000
Altamonte Springs, Florida  32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**COUNSEL FOR DEFENDANTS,**
**GUTTERIDGE JEANCHARLES, M.D., P.A., and**
**GUTTERIDGE JEAN-CHARLES, M.D.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 12, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF electronic filing system and will be sent electronically to all persons who have made an appearance in this matter.

/s/ George F. Indest III

_____
**GEORGE F. INDEST III, ESQUIRE**
**LEAD COUNSEL/TRIAL COUNSEL/**
**COUNSEL TO BE NOTICED**
Certified by The Florida Bar in Health Law
Florida Bar No.:  382426
Primary E-mail:  GIndest@TheHealthLawFirm.com
**MICHAEL L. SMITH, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Certified by The Florida Bar in Health Law
Florida Bar No.:  0144487

        Primary E-mail:  MSmith@TheHealthLawFirm.com
        **AMANDA I. FORBES, ESQUIRE**
        **TRIAL COUNSEL/COUNSEL TO BE NOTICED**
        Florida Bar No.:  1015844
        Primary E-mail:  AForbes@TheHealthLawFirm.com
        **CASTILLANA F. DUVERNAY, ESQUIRE**
        **TRIAL COUNSEL/COUNSEL TO BE NOTICED**
        Florida Bar No.:  1049635
        Primary E-mail:  CDuvernay@TheHealthLawFirm.com
        Secondary E-mail: Courtfilings@TheHealthLawFirm.com
        **THE HEALTH LAW FIRM, P.A.**
        1101 Douglas Avenue, Ste. 1000
        Altamonte Springs, Florida  32714
        Telephone:  (407) 331-6620
        Telefax:  (407) 331-3030
        **COUNSEL FOR DEFENDANTS,**
        **GUTTERIDGE JEANCHARLES, M.D., P.A., and**
        **GUTTERIDGE JEAN-CHARLES, M.D.**

GFI/pa
S:\3400-3499\3480\001\410-Pleadings-Drafts & Finals\Notice of Appearance.wpd