**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE, a pseudonym,

    Plaintiff,

vs.                        CASE NO.:  6:24-cv-00034-WWB-RMN

GUTTERIDGE JEANCHARLES, M.D., P.A.,
a Florida Corporation, and
GUTTERIDGE JEAN-CHARLES, M.D.,
an individual,

    Defendants.
_____/

**NOTICE OF NON-OPPOSITION TO MOTION TO STAY**

    **COME NOW** Defendants Gutteridge JeanCharles, M.D., P.A., and Gutteridge Jean-Charles, M.D., through their undersigned counsel and file this Notice of Non-Opposition to Plaintiff's Motion to Stay Pending Appeal, and state:

    Notice is hereby given that Defendants do not oppose the granting of Plaintiff's Motion to Stay Pending Appeal filed on March 6, 2024 (Doc. 19). Judicial efficiency would seem to require a stay pending the appeal of this most basic issue.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I have filed the foregoing with the Clerk of Court using CM/ECF electronic filing system which automatically sends a copy electronically to all persons who have made an appearance in this matter on this  20th  day of March 2024.

    /s/ George F. Indest III
    _____
    **GEORGE F. INDEST III, ESQUIRE**
    **LEAD COUNSEL/TRIAL COUNSEL/**
    **COUNSEL TO BE NOTICED**
    Certified by The Florida Bar in Health Law

Florida Bar No.:  382426
Primary E-mail:  GIndest@TheHealthLawFirm.com
**MICHAEL L. SMITH, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Certified by The Florida Bar in Health Law
Florida Bar No.:  0144487
Primary E-mail:  MSmith@TheHealthLawFirm.com
**AMANDA I. FORBES, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Florida Bar No.:  1015844
Primary E-mail:  AForbes@TheHealthLawFirm.com
**CASTILLANA F. DUVERNAY, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Florida Bar No.:  1049635
Primary E-mail:  CDuvernay@TheHealthLawFirm.com
Secondary E-mail: Court filings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Ste. 1000
Altamonte Springs, Florida  32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**COUNSEL FOR DEFENDANTS,**
**GUTTERIDGE JEANCHARLES, M.D., P.A., and**
**GUTTERIDGE JEAN-CHARLES, M.D.**

GFI/pa
S:\3400-3499\3480\001-MD Fla\410-Pleadings-Drafts & Finals\Notice Non-Opposition.wpd