**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE, a pseudonym,

    Plaintiff,

vs.                      CASE NO.:   6:24-cv-00034-WWB-RMN

GUTTERIDGE JEANCHARLES, M.D., P.A.,
a Florida Corporation, and
GUTTERIDGE JEAN-CHARLES, M.D.,
an individual,

    Defendants.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.02, Defendants, Gutteridge JeanCharles, M.D., P.A., and Gutteridge Jean-Charles, M.D., makes the following disclosures.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation.

    **Not Applicable.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

    **Not Applicable.**

3. Identify each person-including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity-that has or might have an interest in the outcome:

       **George F. Indest III, Esquire, Attorney for Defendants**
       **Michael L. Smith, Esquire, Attorney for Defendants**
       **Amanda I. Forbes, Esquire, Attorney for Defendants**
       **Castillana F. Duvernay, Esquire, Attorney for Defendants**
       **The Health Law Firm, P.A., Attorney for Defendants**
       **Gutteridge JeanCharles, M.D., P.A., Defendant**
       **Gutteridge Jean-Charles, M.D., Defendant**
       **Lisa D. Haba, Attorney for Plaintiff**
       **The Haba Law Firm, P.A., Attorney for Plaintiff**
       **John Doe, Plaintiff**

4.    Identify each entity with publicly traded shares or debt potentially affected by the outcome:

       **None.**

5.    Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

       **None.**

6.    Identify each person arguably eligible for restitution:

       **Gutteridge JeanCharles, M.D., P.A., Defendant**
       **Gutteridge Jean-Charles, M.D., Defendant**
       **John Doe, Plaintiff**

   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

   Dated:       March 22, 2024.


       /s/ George F. Indest III
       _____
       **GEORGE F. INDEST III, ESQUIRE**
       **LEAD COUNSEL/TRIAL COUNSEL/**
       **COUNSEL TO BE NOTICED**
       Certified by The Florida Bar in Health Law
       Florida Bar No.: 382426
       Primary E-mail: GIndest@TheHealthLawFirm.com

**MICHAEL L. SMITH, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Certified by The Florida Bar in Health Law
Florida Bar No.: 0144487
Primary E-mail: MSmith@TheHealthLawFirm.com
**AMANDA I. FORBES, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Florida Bar No.: 1015844
Primary E-mail: AForbes@TheHealthLawFirm.com
**CASTILLANA F. DUVERNAY, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Florida Bar No.: 1049635
Primary E-mail: CDuvernay@TheHealthLawFirm.com
Secondary E-mail: Courtfilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Ste. 1000
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**COUNSEL FOR DEFENDANTS,**
**GUTTERIDGE JEANCHARLES, M.D., P.A., and**
**GUTTERIDGE JEAN-CHARLES, M.D.**

GFI/sg
S:\3400-3499\3480\001-MD Fla\410-Pleadings-Drafts & Finals\Disclosure Statement.wpd