# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.

GUTTERIDGE JEANCHARLES, M.D., P.A. and GUTTERIDGE JEAN-CHARLES,

    Defendants.

Case No. 6:24-cv-34-RMN

## ORDER

This cause comes before the Court on the Case Management Report filed by the parties. Dkt. 31. The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on May 13, 2024.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record