**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE, a pseudonym,

    Plaintiff,

vs.                                      CASE NO.: 6:24-cv-00034-RMN

GUTTERIDGE JEANCHARLES, M.D., P.A.,
a Florida Corporation, and
GUTTERIDGE JEAN-CHARLES, M.D.,
an individual,

    Defendants.
_____/

### NOTICE OF UNAVAILABILITY OF COUNSEL

**COME NOW** Counsel for Defendants, Gutteridge JeanCharles, M.D., P.A., and Gutteridge Jean-Charles, M.D., George F. Indest III, Esquire (Lead Counsel), and Michael L. Smith, Esquire (Trial Counsel), and give notice of their current unavailability for any proceedings in the above-captioned matter from **October 3, 2024, through October 4, 2024**, due to previously scheduled out-of-state commitments. The undersigned requests that no hearings, depositions, discovery or trials be scheduled during the aforesaid dates.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed the foregoing with the Clerk of Court using CM/ECF electronic filing system which automatically sends a copy electronically to all persons who have made an appearance in this matter on this 2nd day of October 2024.

                                  */s/ George F. Indest III*

                                _____
                                **GEORGE F. INDEST III, ESQUIRE**
                                **LEAD COUNSEL/TRIAL COUNSEL/**
                                **COUNSEL TO BE NOTICED**

Certified by The Florida Bar in Health Law
Florida Bar No.:  382426
Primary E-mail:  GIndest@TheHealthLawFirm.com
Secondary E-mail: Court filings@TheHealthLawFirm.com
**MICHAEL L. SMITH, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Certified by The Florida Bar in Health Law
Florida Bar No.:  0144487
Primary E-mail:  MSmith@TheHealthLawFirm.com
Secondary E-mail: Court filings@TheHealthLawFirm.com
**AMANDA I. FORBES, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Florida Bar No.:  1015844
Primary E-mail:  AForbes@TheHealthLawFirm.com
Secondary E-mail: Court filings@TheHealthLawFirm.com
**CASTILLANA F. DUVERNAY, ESQUIRE**
**TRIAL COUNSEL/COUNSEL TO BE NOTICED**
Florida Bar No.:  1049635
Primary E-mail:  CDuvernay@TheHealthLawFirm.com
Secondary E-mail: Court filings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Ste. 1000
Altamonte Springs, Florida  32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**COUNSEL FOR DEFENDANTS,**
**GUTTERIDGE JEANCHARLES, M.D., P.A., and**
**GUTTERIDGE JEAN-CHARLES, M.D.**

GFI/sg
S:\3400-3499\3480\001-MD Fla\410-Pleadings-Drafts & Finals\Notice of Unavailability.wpd