# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.

GUTTERIDGE JEANCHARLES, M.D., P.A.; and GUTTERIDGE JEAN-CHARLES,

    Defendants.

Case No. 6:24-cv-34-RMN

## ORDER

This cause comes before the Court for consideration without oral argument on the parties' Joint Motion to Amend the Scheduling Order and Joint Motion to Stay Discovery (Dkt. 56), filed October 14, 2024 ("Motion"). Upon consideration for the reasons stated in the Motion, the Motion is due to be granted for good cause shown.

Accordingly, it is **ORDERED**:

1. The parties' Joint Motion to Amend the Scheduling Order and Joint Motion to Stay Discovery (Dkt. 56) is **GRANTED**;

2. Discovery is stayed in this matter from November 18, 2024, through and including February 7, 2025;

3. The case management deadlines are vacated, but the remaining provisions of the Court's Case Management and Scheduling Order (Dkt. 37) remain in effect. The Court will enter a separate order setting new case management deadlines.

**DONE** and **ORDERED** in Orlando, Florida, on November 1, 2024.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record