UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| YASSER ESMAEIL,<br><br>    Plaintiff,<br><br>vs.<br><br>GUTTERIDGE JEANCHARLES, M.D., P.A.; and GUTTERIDGE JEAN-CHARLES,<br><br>    Defendants. | Case No. 6:24-cv-34-RMN |

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal, filed March 5, 2025. Dkt. 76. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Gutteridge Jeancharles, M.D., P.A. and Gutteridge Jean-Charles are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending motions, cancel all noticed hearings, and close the file.

**SO ORDERED** in Orlando, Florida, on March 6, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

- 2 -

Copies to:

Counsel of Record

- 2 -